**DISMISSED and Opinion Filed December 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01234-CV

### IN RE: BENNIE JOHN MURREY, Relator

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR19-1141**

## MEMORANDUM OPINION
Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Osborne

In this original proceeding, relator seeks a writ of mandamus directing the regional administrative judge to hold a hearing on relator's motion to disqualify the trial court judge and to grant a new trial by a newly assigned judge. We lack writ jurisdiction over regional administrative judges because they are not judges of district or county court in this Court's district and our jurisdiction is not in jeopardy such that we could exercise writ jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *see also In re Michael Hooper & Assocs., P.C.*, No. 05-09-01291-CV, 2009 WL 3647580, at *1 (Tex. App.—Dallas Nov. 5, 2009, orig. proceeding) (mem. op.) (no writ jurisdiction over regional administrative judge).

Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191234F.P05